1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11

12

13

14

15

16

| EAS SENSORSENSE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNIVERSAL SURVEILLANCE<br>CORPORATION,<br><br>    Defendant. | Case No. EDCV04-1603 GW (AJWx)<br><br>**JUDGMENT OF NON-INFRINGEMENT** |
|---|---|

17

18

UNIVERSAL SURVEILLANCE
CORPORATION, a California
corporation,

19

    Counterclaimant,

20

    v.

21

22

EAS SENSORSENSE, INC., a
California corporation, ARTHUR
FUSS, an individual, and ROES 1-10,

23

    Counterclaim Defendants.

24

25

26

27

        EAS Sensorsense, Inc. ("Plaintiff") sued Universal Surveillance Corporation

28

("USC") on December 9, 2004, accusing USC's Smart Ink™ tag of infringing

1   claims 6 through 9 of U.S. Patent No. 5,680,681, titled "Theft deterrent garment tag

2   with ink identification." On February 25, 2005, USC answered Plaintiff's

3   Complaint and additionally set forth four counterclaims for: 1) a declaratory

4   judgment of invalidity, unenforceability, and non-infringement, 2) Lanham Act §

5   43(a) unfair competition, 3) Intentional interference, and 4) Business and

6   Professions Code § 17200 against Plaintiff and its principal, Arthur Fuss.

7           The Court, in an Order dated May 15, 2008 (Docket No. 92), issued its

8   Decision and Statement of Reasons as to Claims Construction Issues. The Court, in

9   an Order dated October 30, 2008 (Docket No. 108), granted USC's motion for

10  summary judgment of non-infringement. Therefore,

11          IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that:

12          1) U.S. Patent No. 5,680,681 is not infringed;

13          2) Plaintiff take nothing in this action; and

14          3)  The Court maintains jurisdiction to decide USC's remaining

15              counterclaims and requested relief, including USC's claims for attorneys'

16              fees.

17

18  Dated: November 3, 2008          _____

                                          George H. Wu

19                                   Honorable George H. Wu
                                     United States District Judge

20

21

22

23

24

25

26

27

28